Philip D. Stern, Esq.
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601
Tel. & Fax (201) 273-7117
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SVETLANA LERNER, on behalf of herself and those similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>O'BRIEN & TAYLOR;<br>JEROME F. O'BRIEN;<br>FRANCIS M. TAYLOR;<br>and JOHN DOES 1 to 10,<br><br>     Defendants. | Case: 2:20-cv-04400-KM-JBC<br><br><br><br>**STIPULATION AND ORDER<br>OF DISMISSAL<br>WITHOUT PREJUDICE** |

The undersigned parties, agree and stipulate as follows:

  1.  The captioned civil action ("Lawsuit") is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

  2.  Plaintiff's Complaint [Doc. 1] asserts individual and class claims (combined, the "Claims"). All Defendants filed an Answer [Doc. 8]. Thereafter, the parties agreed to settle the individual and class claims, and Plaintiff filed notice of the settlement [Doc. 13]. The settlement of the class claims requires court approval. In furtherance of their settlement, the parties will seek court approval in the Superior Court of New Jersey ("State Court") because their settlement includes modifying judgments entered in the State Court against members of the proposed class.

  3.  After filing this Stipulation, Plaintiff shall commence an action ("State Court

Action") in the State Court by filing a complaint which, with respect to the factual allegations and the asserted claims, shall be the same substantively as the Complaint [Doc. 1]. That complaint shall identify and attach a filed copy of this Stipulation. Defendants hereby authorize their counsel of record in this Lawsuit to accept and acknowledge service of process in the State Court Action. Defendants' will timely file an answer in the State Court Action which, with respect to its response to the factual allegations and any defenses, shall be the same substantively as their Answer [Doc. 8]. The parties will then cooperate to request approval of their settlement from the State Court.

4. It is the parties' intent that each party's rights which exist immediately prior to the filing of this Stipulation will continue to exist in the State Court Action to the same extent as those would have existed had this Stipulation never been filed. Therefore, for the purpose of determining the timeliness of the Claims and defenses asserted in the State Court Action, and for the purpose of determining the amount of any award of attorney's fees and costs in the State Court Action, the State Court Action shall be treated as if (A) this Lawsuit and the State Court Action were one single action and (B) the State Court Action had been commenced when this Lawsuit was commenced.

5. Without limiting any of the foregoing, in making this stipulation Defendant reserves all of its defenses (should the settlement not be approved) and all of its rights to challenge the reasonableness and necessity of Plaintiff's attorney's fees.

[Signatures begin on next page]

FOR PLAINTIFF:
KIM LAW FIRM LLC

Dated: February 18, 2022

By: *s/Philip D. Stern*
Philip D. Stern

FOR DEFENDANTS:
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Dated: February 18, 2022

By: *s/Maxwell L. Billek*
Maxwell L. Billek

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 2/28/2022**